IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IVORY JOE TISDALE, )
 )
        Plaintiff, )
 )
  v. ) 1:21cv913
 )
T.A. WEAVIL, et al., )
 )
        Defendant(s). )

## ORDER

On January 13, 2022, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

                                        /s/   Thomas D. Schroeder
                                     United States District Judge

February 17, 2022